IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| NICHOLAS KYLE MARTINO,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>        Defendant. | Civil No. 21-1342 (NLH/AMD) |

### ORDER

This matter comes before the Court *sua sponte* concerning the upcoming telephonic initial scheduling conference presently scheduled for May 25, 2021; and the Court noting that the parties have agreed, as set forth in the Joint Discovery Plan [D.I. 15] filed on May 18, 2021, that no discovery is needed in this matter at this time and that the case may proceed to disposition by way of summary judgment motions; and for good cause shown:

IT IS on this 20th day of May 2021,

**ORDERED** that telephonic Initial Scheduling Conference scheduled for May 25, 2021 shall be, and is hereby, **ADJOURNED**; and it is further

**ORDERED** that dispositive motions shall be filed by no later than July 2, 2021.

                                            s/ Ann Marie Donio
                                            ANN MARIE DONIO
                                            UNITED STATES MAGISTRATE JUDGE

cc: Hon. Noel L. Hillman