

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

| | | |
|---|---|---|
| RACHAEL A. HONIG<br>ACTING UNITED STATES ATTORNEY<br><br>*Peter G. Vizcarrondo*<br>*Assistant United States Attorney* | *401 Market Street, 4th Floor*<br>*P.O. Box 2098*<br>*Camden, NJ 08101*<br>*peter.vizcarrondo@usdoj.gov* | *main: (856)757-5412*<br>*direct:(856) 757-5031*<br>*fax:   (856) 757-5416* |

July 7, 2021

**<u>Via Electronic Filing</u>**
The Honorable Ann Marie Donio, U.S.M.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

        RE:   *Martino v. United States Department of Justice*
                  Civil Action No. 21-1342 (NLH) (AMD)

Dear Judge Donio:

      I am the Assistant United States Attorney representing Defendant the United States Department of Justice ("Defendant") in the above-referenced matter. Pursuant to the Court's July 6, 2021 Text Order (ECF No. 25), I write to inform the Court that I have spoken with Plaintiff, and he consents to an extension of the dispositive motion deadline until October 29, 2021.

                                      Respectfully submitted,

                                      RACHAEL A. HONIG
                                      Acting United States Attorney

                                      *s/Peter G. Vizcarrondo*
                                      By: PETER G. VIZCARRONDO
                                      Assistant U.S. Attorney

cc: Nicholas Kyle Martino (via regular mail)